UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KKR REAL ESTATE CREDIT OPPORTUNITY
PARTNERS AGGREGATOR I L.P.,

                Plaintiff,

– against –

CORVALLIS HOSPITALITY, LLC,

                Defendant.

**ORDER**

24-mc-00270 (ER)

Ramos, D.J.:

    Corvallis Hospitality is directed to respond to the motion for a protective order by July 2, 2024.  KKR Real Estate is directed to reply by July 9, 2024.

It is SO ORDERED.

Dated:   June 18, 2024
             New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.