# Vinson&Elkins

**MEMO ENDORSED**

Matthew R. Friedenberg  mfriedenberg@velaw.com
**Tel** +1.212.237.0067  **Fax** +1.917.849.5385

The pre-motion conference is adjourned to Thursday, July 25, 2024, at 10:30 a.m.  The parties are reminded to call  (877) 411-9748 and enter access code 3029857# when prompted.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:  ___7/18/2024___
New York, New York

July 17, 2024

**<u>Via CM/ECF</u>**

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**  ***KKR Real Estate Credit Opportunity Partners Aggregator I L.P. v. Corvallis Hospitality, LLC*, Case No. 1:24-mc-00270-ER (S.D.N.Y.): Request to Adjourn Pre-Motion Conference**

Dear Judge Ramos:

The parties jointly write pursuant to Rule 1 (E) of your Honor's Individual Practices to request a one-week adjournment of the pre-motion conference on Corvallis Hospitality, LLC's ("Corvallis") letter motions.  *See* Dkt. No. 14 – 15.  The conference is scheduled for July 18, 2024; accordingly, the parties request an adjournment to July 25, 2024 or the Court's next availability thereafter.

This is the parties' first request for an adjournment of the pre-motion conference.  The parties make this request because they have met and conferred and believe that they are making significant progress toward resolving the issues raised in Corvallis's letter motions.

Respectfully,

*/s/ Jeanne C. Barenholtz*

Jeanne C. Barenholtz
FOSTER GARVEY P.C.
100 Wall Street, 20th Floor
New York, New York 10005
Telephone: (212) 965-4513
jeanne.barenholtz@foster.com


*Counsel for Defendant Corvallis Hospitality, LLC*

*/s/ Matthew Friedenberg*

Matthew Friedenberg
Dora Georgescu
VINSON & ELKINS LLP
The Grace Building
1114 Avenue of the Americas
32nd Floor
New York, New York 10036
Telephone: (212) 237-0000
mfriedenberg@velaw.com
dgeorgescu@velaw.com

*Counsel for Plaintiff KKR Real Estate Credit Opportunity Partners Aggregator I L.P.*

---

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Dubai  Houston  London  Los Angeles
New York  Richmond  San Francisco  Tokyo  Washington

The Grace Building, 1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
**Tel** +1.212.237.0000  **Fax** +1.212.237.0100  velaw.com